UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEVEN KADAR AND MARY KADAR, <br><br> Plaintiff, <br><br> v. <br><br> AROUBA SIDDIQUI, ALEEMUDDIN SIDDIQUI, DAVID J. WHITMAN, UBER TECHNOLOGIES, INC., AND RASIER, LLC, <br><br> Defendants. | CASE NO.: 19-373-HEA |

## JURY TRIAL DEMAND

COMES NOW Defendant, David J. Whitman, and hereby demands trial by jury.

Respectfully submitted,

**HENNESSY & ROACH, P.C.**

/s/ *Peter N. Leritz*
Peter N. Leritz, #43345
415 North 10th Street, Suite 200
St. Louis, MO 63101
Phone: (314) 231-0770
Fax: (314) 231-0990
pleritz@hennessyroach.com

# CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, states that service of the above was made via the Court's E-filing system this 8th day of April 2019, to:


Jonathan Jackson Pledger
Of Counsel, Waterford Law Group, PLLC
PO Box 1089
Franklin, TN 37065

Amy M. Simpkins
Law Offices of Rouse and Cary
10733 Sunset Office Drive, Suite 410
St. Louis, MO 63127

/s/ *Peter N. Leritz*