UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN KADAR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:19CV373   HEA |
| | ) |
| AROUBA SIDDIQUI, et al.., | ) |
| | ) |
| | ) |
| Defendants, | ) |

**ORDER**

In order to avoid the appearance of impropriety, the undersigned has determined that he should disqualify himself pursuant to 28 U.S.C. ' 455 from handling any matter in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court transfer this case to another Judge.

Dated this 26th day of August, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE